1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
| ANTHONY R. TURNER, | ) | No. C 12-5496 JSW (PR) |
|---|---|---|

11                                        )
           Plaintiff,                     )   **ORDER DENYING MOTIONS**
12                                        )   **FOR RECORDS AND**
     v.                                   )   **DEFAULT JUDGMENT**
13                                        )
     GROUNDS, Warden,                     )
14                                        )   (Docket Nos. 11-13)
           Defendants.                    )
15   _____  )
16
17          Plaintiff's motions for records and for default judgment against Defendants are
18   DENIED as this case has been dismissed, judgment has been entered, and this matter is
     presently on appeal.
19
20          IT IS SO ORDERED.

     DATED:  April 15, 2013
21
22                                        _____
                                          JEFFREY S. WHITE
23                                        United States District Judge
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TURNER,

          Plaintiff,

  v.

WARDEN et al,

          Defendant.

_____/

Case Number: CV12-05496 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony R. Turner
G27511
P.O. Box 1050
Soledad, CA 93960

Dated: April 15, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk