IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, ) | No. C 12-5496 JSW (PR) |
| ) Plaintiff, ) | **ORDER DENYING MOTIONS FOR RECORDS AND DEFAULT JUDGMENT** |
| v. ) | |
| GROUNDS, Warden, ) | |
| ) Defendants. ) | (Docket Nos. 11-13) |
| _____ ) | |

Plaintiff's motions for records and for default judgment against Defendants are DENIED as this case has been dismissed, judgment has been entered, and this matter is presently on appeal.

IT IS SO ORDERED.

DATED: April 15, 2013

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

ANTHONY TURNER,

        Plaintiff,

  v.

WARDEN et al,

        Defendant.
        _____/

Case Number: CV12-05496 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony R. Turner
G27511
P.O. Box 1050
Soledad, CA 93960

Dated: April 15, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk